UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| INSITE VISION INCORPORATED, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>SANDOZ INC., et al.,<br><br>    Defendants. | CIVIL ACTION NO. 11-3080 (MLC)<br><br>**SEALING ORDER** |

**THE COURT** intends to issue a Memorandum Opinion, and an Order and Final Judgment, both dated October 4, 2013, herein.  For good cause appearing:

**IT IS THEREFORE** on this    4th    day of October, 2013, **ORDERED** that the Clerk of the Court will file the forthcoming Memorandum Opinion **TEMPORARILY UNDER SEAL** pending further direction from the Court; and

**IT IS FURTHER ORDERED** that the Order and Final Judgment will not be filed under seal; and

**IT IS FURTHER ORDERED** that to the extent the parties wish to request that the forthcoming Memorandum Opinion remain under seal, the parties will do so in writing on or before October 28, 2013.

      s/ Mary L. Cooper      
**MARY L. COOPER**
United States District Judge